Jose L.G. BALDERRAMA,
Petitioner–Appellant,

v.

Doug DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.

No. 02–11186.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

Jose L. G. Balderrama, Cuero, TX, for Petitioner–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM.*

Jose L.G. Balderrama, Texas prisoner # 871879, appeals from the district court's dismissal of his federal habeas petition as time-barred. Because Balderrama fails to address in his original appellate brief the issues upon which this court granted a certificate of appealability, such issues are deemed abandoned. *See Cinel v. Connick,* 15 F.3d 1338, 1345 (5th Cir.1994). We decline to address the arguments presented in Balderrama's reply brief since they constitute newly-raised issues that are non-responsive to the arguments presented in the Respondent–Appellee's brief. *See Stephens v. C.I.T. Group/Equip. Fin., Inc.,* 955 F.2d 1023, 1026 (5th Cir.1992).

AFFIRMED.

Michael B. Charlton, Houston, TX, for Movant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

